IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID MCKUNE, | Civil No. CV-05-3074-CI |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. On remand, the administrative law judge (ALJ) shall

- Hold a supplemental hearing;
- Address all relevant medical opinions and reasons for rejecting, if appropriate, specifically, the medical opinions from Drs. Price, Khamisani, and Do;

- address the limitations assessed and provide legally sufficient reasons if he rejects them;

- Reassess Claimant's RFC and provide appropriate limitations for all severe impairments; and

- As needed, obtain medical and vocational expert testimony to assess Claimant's limitations based on his combination of impairments and the vocational significance of these limitations.

New medical evidence, if available, shall be considered on remand. This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this  22nd  day of  May  2006.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF         WSB # 23206
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3621
FAX: (206) 615-2531
leisa.wolf@ssa.gov

Page 2     ORDER - [CV-05-3074-CI]